BEATRICE WHITTAKER, Respondent, v. WILLIAM H. C. D'ANTIGNAC, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event unless the plaintiff stipulates to reduce the judgment as

entered to the sum of $750; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.